## 36537. JOHNS v. JOHNS.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED AUGUST 8, 1980 — DECIDED OCTOBER 29, 1980.

*Earl Daniel Smith, Jr.,* for appellant.
*Gibbs, Leaphart & Smith, Robert B. Smith, Alvin Leaphart,* for appellee.